Submitted August 3, reversed August 29, 2012

In the Matter of V. M. S.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

V. M. S.,
*Appellant.*

Multnomah County Circuit Court
120160480; A150681

285 P3d 764

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Rebecca M. Johansen, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Hadlock, Judge.

PER CURIAM

**PER CURIAM**

In this mental commitment case, appellant appeals a judgment committing her to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. She contends that the trial court erred in finding that, because of a mental disorder, she is unable to provide for her basic personal needs. The state concedes that the record lacks clear and convincing evidence that appellant suffered from a mental disorder and, because of that mental disorder, is unable to provide for her basic personal needs. We find the state's concession to be well founded and accept it.

Reversed.